O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENNIS MAYFIELD,

          Petitioner,

    v.

M.E. SPEARMAN, Warden,

          Respondent.

Case No. 2:17-cv-06536-RGK-KES

ORDER ACCEPTING REPORT AND

RECOMMENDATION OF UNITED

STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 23) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

DATED: April 10, 2018

*Gary Klausner*

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE