JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAYFIELD,<br>　　　　Petitioner,<br>　　v.<br>M.E. SPEARMAN, Warden,<br>　　　　Respondent. | Case No. 2:17-cv-06536-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 10, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE